# Court of Appeals
# of the State of Georgia

ATLANTA, April 28, 2017

*The Court of Appeals hereby passes the following order:*

**A17E0048. FABRICIUS v. WATTS.**

Scott Fabricius, pursuant to Court of Appeals Rules 31 (i) and 40 (b), has filed an emergency motion in this Court seeking a 30-day extension of time to file his application for discretionary appeal from the trial court's order, originally entered January 6, 2017, granting respondent's motion for attorneys' fees. That order, Fabricius shows, was set aside and then re-entered by order filed on March 29, 2017, upon a finding by the trial court that notice of its entry had not been given as required by OCGA § 15-6-21 (c). Upon consideration, Fabricius's motion is hereby GRANTED. Fabricius shall have until and through May 28, 2017 to file an application for discretionary appeal.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, 04/28/2017*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*